UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL ANNA MADRIGAL, | Case No. 1:25-cv-00360-CDB |
| Plaintiff, | ORDER GRANTING PARTIES' RENEWED STIPULATED REQUEST TO FURTHER AMEND THE SCHEDULING ORDER <u>AS MODIFIED</u> |
| v. | |
| WAL-MART ASSOCIATES, INC., | |
| Defendant. | (Doc. 19) |

Plaintiff Crystal Anna Madrigal ("Plaintiff") initiated this action with the filing of a complaint against Defendant Wal-Mart Associates, Inc. ("Defendant") on February 14, 2025, in the Kern County Superior Court, Case No. BCV-25-100577. (Doc. 1-1 at 7). The case was removed to this Court on March 26, 2025. (Doc. 1). On July 2, 2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 14). On December 16, 2025, the Court granted the parties' stipulated request to amend the scheduling order to the extent of continuing the non-expert discovery deadline to March 27, 2026, based on the parties' representations that they anticipated conducting two identified depositions and otherwise expected to complete non-expert discovery by the extended deadline. (Doc. 16).

On February 6, 2026, the Court denied the parties' stipulated request to further amend the scheduling order. (Doc. 18). The Court admonished that the parties' "generalized

characterizations are insufficient for the Court to measure the diligence with which the case has been litigated" as the parties failed to support the request by attorney declarations that establish good cause for granting an extension. *Id.* at 3.

Pending before the Court is the parties' renewed joint stipulated request to further amend the scheduling order, filed on March 3, 2026. (Doc. 19). Here, the parties have addressed the deficiencies identified by the Court in their previous request by demonstrating diligence in litigating this case supported by a declaration of counsel for Plaintiff. *See* (Doc. 19-2, Declaration of Carlos E. Soriano ("Soriano Decl.")). Accordingly, the Court finds good cause to grant the parties' stipulated request to continue case management, pretrial, and trial dates as modified below.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Docs. 14, 16) is further amended **as modified** below:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Non-Expert Discovery | March 27, 2026 | April 24, 2026 |
| Expert Disclosure | February 9, 2026 | **May 8, 2026** |
| Rebuttal Disclosures | March 9, 2026 | **June 1, 2026** |
| Expert Discovery | April 8, 2026 | **June 22, 2026** |
| Non-Dispositive Motion Filing | April 22, 2026 | **July 6, 2026** |
| Non-Dispositive Motion Hearing | May 27, 2026, 10:30 AM | **August 11, 2026, 10:30 AM** |
| Dispositive Motion Filing | June 24, 2026 | **July 6, 2026** |
| Dispositive Motion Hearing | July 29, 2026, 10:30 AM | **August 11, 2026, 10:30 AM** |
| Pre-trial Conference | September 9, 2026, 10:30 AM | September 9, 2026, 10:30 AM |
| Jury Trial | November 9, 2026, 8:30 AM | November 9, 2026, 8:30 AM |

All other provisions of the operative scheduling order (Docs. 14, 16) not in conflict with the modifications granted herein continue to govern and remain in effect.

IT IS SO ORDERED.

Dated:  **March 4, 2026**

_____
UNITED STATES MAGISTRATE JUDGE